# COURT MINUTES
## Magistrate Judge John O'Sullivan

**Atkins Building Courthouse - 5th Floor**          Date: 11/16/11       Time: 10:00 A.M.

Defendant: Severo Confessor       J#: (BOND)       Case #: 11-20478-CR-COOKE
AUSA: *Richard Gregory*       Attorney: Irwin Lichter, Esq.
Violation: CONSP/PWID COCAINE ON BOARD U.S. AIRCRAFT/MONEY LAUNDERING
Proceeding: ARRAIGNMENT       CJA Appt:
Bond/PTD Held: ○ Yes  ● No       Recommended Bond:
Bond Set at: (Stip) $250K PSB       Co-signed by:

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- [ ] Random urine testing by Pretrial Services Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: _____
- [ ] Other:

Language: SPANISH

Disposition:
D not present - waiver of D's presence filed in open court.

Reading of Indictment Waived
~~Not Guilty plea entered~~
Jury trial demanded
~~Standing Discovery Order Requested~~

D arraigned.

**NEXT COURT APPEARANCE**   Date:       Time:       Judge:       Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:15:31       Time in Court: 2